IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GORDON TAYLOR, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:06CV00039 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By Hon. Glen E. Conrad |
| UNITED STATES OF AMERICA, et al., | ) | United States District Judge |
|     Defendants. | ) | |

The plaintiff, Gordon Taylor, a federal inmate proceeding pro se, has filed this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346 and 2671-2680. In such actions, the only proper defendant is the United States. See Metz v. U.S. Postal Service, 836 F.2d 1342 (4th Cir. 1988) (citing 28 U.S.C. §§ 1346(b) and 2679(a)). Accordingly, it is hereby

**ORDERED**

that all of the individual defendants named in the plaintiff's complaint shall be and hereby are **DISMISSED** from the case.

The Clerk is directed to send certified copies of this order to the plaintiff and counsel of record for the defendants.

ENTER: This 1st day of February, 2006.

                                              /s/ Glen E. Conrad
                                              United States District Judge