```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
         IN THE UNITED STATES DISTRICT COURT           MAR 0 9 2006
        FOR THE WESTERN DISTRICT OF VIRGINIA
                 ROANOKE DIVISION                   JOHN F. CORCORAN, CLERK
                                                    BY:
                                                         DEPUTY CLERK
```

**GORDON TAYLOR,**
    Plaintiff,                         Civil Action No. 7:06-CV-00039

                                      <u>ORDER</u>

**UNITED STATES OF AMERICA,**        By: Hon. Glen E. Conrad
    Defendant.                         United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's "motion for leave to taxed cost" (docket #15) is **DENIED**.

The Clerk is directed to send certified copies of this opinion and the accompanying order to the plaintiff and counsel of record for the defendant.

ENTER: This _____ day of March, 2006.

                                                  _____
                                                  United States District Judge