CLERK'S OFFICE U.S. DIST. COURT
ROANOKE, VA
FILED

JUN 29 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GORDON TAYLOR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00039 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the motion for summary judgment filed by the United States shall be and hereby is **GRANTED**, and this action shall be and hereby is **STRICKEN** from the active docket of the court. The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 29th day of June, 2006.

/s/ Glen E. Conrad
United States District Judge