CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 11 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GORDON TAYLOR, ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00039 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the motion for reconsideration filed by the plaintiff shall be and hereby is **DENIED**. The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 11th day of August, 2006.

_____
United States District Judge